

**FILED**

DEC 1 1 2012

Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| GEOFFREY ALLEN REED, <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF MONTANA/DEPT. OF CORRECTIONS (MEDICAL) – CROSSROADS FACILITY, SHELBY, <br><br> Defendants. | No. CV-12-53-GF-SEH <br><br> **ORDER** |

United States Magistrate Judge Keith Strong entered Findings and Recommendations in this matter on October 16, 2012.[1] Plaintiff filed objections on October 22, 2012, and on October 25, 2012.[2] The Court reviews *de novo* findings and recommendations to which objections are made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Strong's

---

[1] Document No. 5

[2] Document Nos. 6 and 7

Findings and Recommendations and adopt them in full.

ORDERED:

1. Plaintiff's Complaint is DISMISSED without prejudice for failure to exhaust administrative remedies.

2. Any appeal from this disposition would not be taken in good faith as Plaintiff has failed to exhaust his administrative remedies. Fed. R. App. P. 24(a)(3).

3. The Clerk is directed to enter judgment accordingly.

DATED this 11th day of December, 2012.

/s/ Sam G. Haddon

SAM E. HADDON
United States District Judge